# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ELIZABETH SPIVEY-JOHNSON,
       Plaintiff

      v.                                CASE NUMBER: 05-C-899

THOMAS R. PENDERGAST,
       Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

    1.    The 05-C-899, 05-C-860, 05-C-861 actions are **DISMISSED** for lack of subject matter jurisdiction;

    2.    Spivey-Johnson's request for leave to proceed *in forma pauperis* (Docket No. 2), motion for appointment of counsel (Docket No. 3), and her motions to amend the complaints (Docket No. 4 and Docket No. 5) and include documents (Docket No. 7 and Docket No. 8) are **DISMISSED**; and,

    3.    Spivey-Johnson's request for leave to proceed *in forma pauperis* (Docket No.2) and motion for appointment of counsel (Docket No. 3) are **DISMISSED**; and,

    4.    Spivey-Johnson's request for leave to proceed *in forma pauperis* (Docket No. 2) and motions for appointment of counsel (Docket No. 3) are **DISMISSED**; and,

    5.    The Clerk of Court **SHALL** return unfiled any additional complaints or any other documents to commence lawsuits that Spivey-Johnson attempts to file, except for

any petitions for a writ of habeas corpus, until her pending lawsuits – Case Nos. 05-C-0051; Case No. 05-C-0070; Case No. 05-C-0080; Case No. 05-C-0081; Case No. 05-C- 0082; Case No. 05-C-0086; and Case No. 05-C-0087 – have been resolved by this Court.

      6.     If this bar is still in effect as of October 12, 2007, Spivey-Johnson may move the Court no earlier than October 12, 2007, to rescind the bar.

      7.     The Clerk of Court **SHALL** enter judgment accordingly.


| September 12, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |